THE PEOPLE OF THE STATE OF NEW YORK *against* DENNIS DEERY AND ANOTHER.

(Decided June 5th, 1876.)

Where, after judgment has been entered on a forfeited recognizance, the principal surrenders himself, and is tried, convicted and sentenced, the purpose for which the recognizance was given having been entirely fulfilled, the judgment will be vacated on payment of the costs of the district attorney and the fees of the sheriff.

APPLICATION to have vacated a judgment entered on a forfeited recognizance.

The facts are stated in the opinion.

---

* The judgment of the court here was affirmed in the Court of Appeals.

VAN BRUNT, J.—The affidavits show, that the principal did not attend for trial at the time his bail was forfeited, in consequence of a failure of the notice to appear to reach him. That, as soon as he learned that his bail had been forfeited, he appeared, was allowed to plead, and was tried, convicted and sentenced. In such a case, the object for which the bail was given having been entirely fulfilled, the motion should be granted on payment of costs of district attorney and sheriff's fees.

CHARLES P. DALY, Ch. J., and ROBINSON, J., concurred.

Ordered accordingly.